

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Kevin Keith Beard,                                    * From the 363rd District
                                                        Court of Dallas County,
                                                        Trial Court No. F-1060635-W.

Vs. No. 11-13-00123-CR                                 * August 7, 2014

The State of Texas,                                    * Memorandum Opinion by Willson, J.
                                                        (Panel consists of: Wright, C.J.,
                                                        Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Kevin Keith Beard entered a plea of "NOT TRUE" to the allegations in the State's motion to adjudicate. As modified, we affirm.